IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| GOTTLIEB & GOTTLIEB, P.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 8:14-cv-00895-VMC-MAP |
| ) | |
| DOCTOR R. CRANTS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ORDER REQUIRING DEFENDANT
TO COMPLETE A FORM 1.977(a), FLA.R.CIV.P., FACT INFORMATION SHEET**

Plaintiff, Gottlieb & Gottlieb, P.A., by its undersigned counsel, moves for entry of an order requiring defendant, Doctor R. Crants, to complete a Form 1.977(a), Fla.R.Civ.P., Fact Information Sheet, and to produce the attachments required by the form. The grounds on which this motion is based are as follows:

1. On January 25, 2016, the Clerk entered its Second Amended Judgment against defendant. (Dkt. 82). The Second Amended Judgment (Dkt. 82) has not been satisfied.

2. On February 11, 2016, defendant filed a notice of appeal, seeking review of the Court's order on motion to amend/correct order on motion to alter judgment (Dkt. 81), the clerk's judgment (Dkt. 82), and the Court's order on motion for summary judgment/order on motion in limine (Dkt. 61). Defendant has not posted a supersedeas bond, and the Court has not approved any such bond.

3. Pursuant to Rule 69(a)(2), Fed.R.Civ.P., "[i]n aid of the judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain

-2-

discovery from any person–including the judgment debtor–as provided in these rules or by procedure of the state where the court is located."

4. Because this Court is located in the State of Florida, plaintiff is allowed to obtain discovery in aid of execution from defendant in accordance with the Florida Rules of Civil Procedure.

5. Rule 1.560(b), Fla.R.Civ.P., states:

> **(b) Fact Information Sheet.** In addition to any other discovery available to a judgment creditor under this rule, the court, at the request of the judgment creditor, shall order the judgment debtor or debtors to complete form 1.977, including all required attachments, within 45 days of the order or such other reasonable time as determined by the court. Failure to obey the order may be considered contempt of court.

6. The language of the Rule 1.560(b), Fla.R.Civ.P., is clear that the Court, at plaintiff's request, shall order the judgment debtor to complete Form 1.977, including producing all required attachments. See e.g., Suntrust Equipment Finance and Leasing Corp. v. BlueChip Power, LLC, 2014 WL 5038491 *8 (M.D. Fla. 2014) (appropriate for plaintiff to renew its motion for the court to require defendant to complete a Fact Information Sheet at the time of entry of a final judgment). A copy of Form 1.977 is attached as Exhibit A.

7. Before filing this motion, counsel for plaintiff conferred with counsel for defendant. Defendant agreed not to oppose the entry of an order directing defendant to complete the Fact Information Sheet and to produce the attachments, provided that he be allowed 60 days, rather than 45 days, to complete and serve the Fact Information Sheet and any attachments on plaintiff. Plaintiff has agreed that defendant should be provided with the 60 days requested.

8. Therefore, plaintiff requests that this Court enter an order requiring defendant to complete a Fact Information Sheet, Form 1.977(a), Fla.R.Civ.P., with all required attachments

and serve the completed form and attachments on the undersigned counsel within 60 days of the Court's order.

WHEREFORE, plaintiff, Gottlieb & Gottlieb, P.A., moves for entry of an Order requiring the defendant, Doctor R. Crants, to complete the Fact Information Sheet, Form 1.977(a), <u>Fla.R.Civ.P.</u>, and to serve the completed form and attachments on plaintiff within 60 days of the Court's order.

### Rule 3.01(g) Certification

The undersigned counsel for plaintiff certifies that counsel for the parties have conferred regarding the relief sought in this motion. As set forth above, defendant does not oppose the relief sought in this motion.

I HEREBY CERTIFY that, on March 15, 2016, the undersigned filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to the following: James N. Bowen, Esq., 1906 West End Avenue, Nashville, Tennessee 37203; and Jonathan B. Sbar, Esq., 2309 S. MacDill Avenue, Tampa, Florida 33629.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

By: /s/ Scott C. Ilgenfritz
Scott C. Ilgenfritz, FBN 394084
Post Office Box 1100
Tampa, Florida 33601-1100
Telephone: 813-225-2500
Facsimile: 813-223-7118
Primary email: scotti@jpfirm.com
Secondary email: debbieh@jpfirm.com
Attorneys for Plaintiff

#3435490_1

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| GOTTLIEB & GOTTLIEB, P.A., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 8:14-cv-00895-VMC-MAP |
| DOCTOR R. CRANTS, | ) ) ) |
| Defendant. | ) ) |

**<u>FACT INFORMATION SHEET</u>**

Full Legal Name:_____

Nicknames or Aliases:_____

Residence Address:_____

Mailing Address (if different):_____

Telephone Numbers: (Home) _____ (Business) _____

Name of Employer:_____

Address of Employer:_____

Position or Job Description:_____

Rate of Pay: $_____ per _____. Average Paycheck: $ _____ per _____

Average Commissions or Bonuses: $_____ per _____ .

Commissions or bonuses are based on _____

Other Personal Income: $_____ from _____

(Explain details on the back of this sheet or an additional sheet if necessary.)

Social Security Number: _____ Birthdate:_____

Driver's License Number:_____

Marital Status:_____ Spouse's Name:_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Spouse Related Portion*

Spouse's Address (if different):_____

Spouse's Social Security Number:_____ Birthdate:_____

Spouse's Employer:_____

Spouse's Average Paycheck or Income: $_____ per _____

Other Family Income:  $_____ per _____ (Explain details on back of this sheet or an additional sheet if necessary.)

Describe all other accounts or investments you may have, including stocks, mutual funds, savings bonds, or annuities, on the back of this sheet or on an additional sheet if necessary.

*****************************

Names and Ages of All Your Children (and addresses if not living with you):_____

_____

Child Support or Alimony Paid:  $_____ per _____

Names of Others You Live With:_____

Who is Head of Your Household? \_\_\_\_\_ You \_\_\_\_\_ Spouse \_\_\_\_\_ Other Person

Checking account at:_____ Account # _____

Savings account at:_____ Account # _____

For Real Estate (land) You Own or Are Buying:

Address:_____

All Names on Title:_____

Mortgage Owed to:_____

Balance Owed:_____ Monthly Payment: $_____

(Attach a copy of the deed or mortgage, or list the legal description of the property on the back of this sheet or an additional shset if necessary.  Also provide the same information on any other property you own or are buying.)

For All Motor Vehicles You Own or Are Buying:

Year/Make/Model:_____ Color:_____

Vehicle ID No.:_____ Tag No.:_____

Mileage:_____

Names on Title:_____ Present Value: $_____
Loan Owed to:_____
Balance on Loan: $_____ Monthly Payment: $_____
(List all other automobiles, as well as other vehicles, such as boats, motorcycles, bicycles, or aircraft, on the back of this sheet or an additional sheet if necessary.)

Have you given, sold, loaned, or transferred any real or personal property worth more than $100 to any person in the last year? _____ Yes  _____ No  If your answer is "yes", describe the property, market value, and sale price, and give the name and address of the person who received the property.

Does anyone owe you money?  Amount Owed: $_____
Name and Address of Person Owing Money:_____
Reason money is owed:_____

Please attach copies of the following:
    a.    Your last pay stub.
    b.    Your last 3 statements for each bank, savings, credit union, or other financial account.
    c.    Your motor vehicle registrations and titles.
    d.    Any deeds or titles to any real or personal property you own or are buying, or leases to property you are renting.
    e.    Your financial statements, loan applications or lists of assets and liabilities submitted to any person or entity within the last 3 years.
    f.    Your last 2 income tax returns filed.

**UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.**

_____
Judgment Debtor

STATE OF _____
COUNTY OF _____

    Sworn to (or affirmed) and subscribed before me this \_\_\_\_\_ day of _____, 2016, by _____ (name of person making statement).

_____
Notary Public
State of _____

My Commission expires:

Personally known _____ OR Produced identification _____
Type of identification produced _____

**YOU MUST MAIL OR DELIVER THIS COMPLETED FORM, WITH ALL ATTACHMENTS, TO THE JUDGMENT CREDITOR OR THE JUDGMENT CREDITOR'S ATTORNEY, BUT DO NOT FILE THIS FORM WITH THE CLERK OF THE COURT.**

3440238