UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GOTTLIEB & GOTTLIEB, P.A.,

    Plaintiff,

v.                              Case No. 8:14-cv-895-T-33MAP

DOCTOR R. CRANTS,

    Defendant.
_____/

## ORDER

This matter comes before the Court upon consideration of United States Magistrate Judge Mark A. Pizzo's Report and Recommendation (Doc. # 111), entered on April 10, 2017. The time for filing objections has passed and none have been filed. After review, the Court adopts the Report and Recommendation.

## Discussion

This action stems from Defendant Doctor R. Crants's failure to pay twenty promissory notes. (Doc. # 2). After approximately twenty months of litigation, the Court granted Gottlieb & Gottlieb's motion for summary judgment. (Doc. # 61). Judgment was entered on December 7, 2015. (Doc. # 64). Thereafter, both parties moved to amend the judgment. (Doc. # 65, 71). The Court granted Gottlieb & Gottlieb's motion to

amend, but denied Crants's motion. (Doc. # 81). An amended judgment was entered on January 25, 2016, which now included a sum certain in prejudgment interest. (Doc. # 82).

Crants then appealed to the Eleventh Circuit. (Doc. # 83). The appeal was dismissed for want of prosecution but, upon Crants's motion, the dismissal was set aside. (Doc. # 90). On August 16, 2016, the Eleventh Circuit affirmed this Court's Order granting Gottlieb & Gottlieb's motion for summary judgment and the amended judgment. (Doc. # 97). The Eleventh Circuit issued its mandate on September 9, 2016. (Doc. # 98).

Gottlieb & Gottlieb again moved for attorney's fees and costs. (Doc. # 104). That motion was referred to Judge Pizzo for a report and recommendation. Thereafter, on January 9, 2017, the Supreme Court of the United States denied Crants's petition for writ of certiorari. (Doc. # 109). Crants filed his response in opposition to Gottlieb & Gottlieb's motion for attorney's fees and costs on January 31, 2017. (Doc. # 110). After briefing was completed, Judge Pizzo entered the instant Report and Recommendation. (Doc. # 111). Judge Pizzo recommends Gottlieb & Gottlieb be awarded $178,689 in attorney's fees and $2,759.05 in costs. (Id.). Neither party

objected to the Report and Recommendation, and the time for doing so has passed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

The Court has conducted a careful and complete review of the findings, conclusions, and recommendations, and has reviewed matters of law *de novo*. The Court agrees with Judge Pizzo's recommendation and adopts the same. Gottlieb & Gottlieb's motion for attorney's fees and costs is granted

insofar as the Court awards Gottlieb & Gottlieb $178,689 in attorney's fees and $2,759.05 in costs.

Accordingly, it is now

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) Judge Pizzo's Report and Recommendation (Doc. # 111) is **ACCEPTED and ADOPTED.**

(2) Gottlieb & Gottlieb's motion for attorney's fees and costs (Doc. # 105) is **GRANTED** insofar as the Court awards Gottlieb & Gottlieb $178,689 in attorney's fees and $2,759.05 in costs.

(3) The Clerk is directed to enter judgment in favor of Plaintiff Gottlieb & Gottlieb, P.A. and against Defendant Doctor R. Crants in the amount of $181,448.05 (comprised of $178,689 in attorney's fees and $2,759.05 in costs), for which sum let execution issue.

(4) This action was previously closed and it shall remain closed.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 25th day of April, 2017.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE